IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KAREEM YOUNG,                     )
# 222 970,                        )
                                  )
          Plaintiff,              )
                                  )
v.                                )          CASE NO.  2:15-CV-298-WKW
                                  )                       [WO]
WARDEN FORNISS, *et al.*,         )
                                  )
          Defendants.             )

## ORDER

On September 3, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 10.)  Upon an independent review of the file and the Recommendation, it is ORDERED as follows:

(1)     The Recommendation is ADOPTED;

(2)     Plaintiff's action challenging his February 3, 2015 disciplinary proceedings is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) because it is not properly before the court at this time; and

(3)     This action is DISMISSED prior to service of process.

A separate final judgment will be entered.

DONE this 29th day of September, 2015.

                              _____
                                   /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE